FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:21 cr 200 CEH-JSS

18 U.S.C. 113(a)(4)

KIRK DOUGLAS DUDLEY

## INFORMATION

The Acting United States Attorney charges:

### COUNT ONE

On or about January 26, 2021, in the Middle District of Florida and elsewhere, the defendant,

KIRK DOUGLAS DUDLEY,

at a place within the special maritime and territorial jurisdiction of the United States, that is, MacDill Air Force Base in Tampa, Florida, did assault M.A. by striking, beating, or wounding.

In violation of 18 U.S.C. §§ 7(3) and 113(a)(4).

### COUNT TWO

On or about January 31, 2021, in the Middle District of Florida and elsewhere, the defendant,

KIRK DOUGLAS DUDLEY,

at a place within the special maritime and territorial jurisdiction of the United States,

that is, MacDill Air Force Base in Tampa, Florida, did assault M.A. by striking, beating, or wounding.

In violation of 18 U.S.C. §§ 7(3) and 113(a)(4).

KARIN HOPPMANN
Acting United States Attorney

By: _____
Ilyssa M. Spergel
Assistant United States Attorney

By: _____
Carlton C. Gammons
Assistant United States Attorney
Chief, Special Victims Section

2